UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NATHAN HILL,                                    )   No.  CV 17-4103 AG (FFM)
                                                )
                        Petitioner,             )
                                                )   JUDGMENT
            v.                                  )
                                                )
LOS ANGELES COUNTY                              )
COURTHOUSE CORPORATION,                         )
                                                )
                        Respondent.             )
_____                )

        Pursuant to the Order Summarily Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the petition is dismissed without prejudice.


DATED: June 22, 2017

                                        _____
                                                ANDREW GUILFORD
                                            United States District Judge